UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG
MAY 1 2 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

| | |
|---|---|
| Mortgage Electronic Registration Systems, Inc. | Civil Action No. |
| *Plaintiff* | 1:05-cv-2442 |
| vs. | (Judge Christopher C. Connor) |
| Gail Dolan | |
| *Defendant* | |

## ORDER ON MOTION TO VACATE JUDGMENT AND CLOSE AND END MATTER

AND NOW, this 12th day of May, 2006, upon due consideration of the Motion of Mortgage Electronic Registration Systems, Inc. to vacate the judgment entered in the above-captioned matter, it is hereby ORDERED and DECREED that such judgment be vacated, and that this matter be closed, discontinued and ended.

BY THE COURT:

_____ J.